IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD EUGENE LEATHERWOOD                                                           PLAINTIFF

v.                                         Civil No. 4:20-cv-04061

NURSE STEPHEN KING; NURSE LONI
REDFERN; and NURSE CHELSEA                                                          DEFANDANTS

## ORDER

Plaintiff Richard Eugene Leatherwood filed this 42 U.S.C. § 1983 on August 5, 2020. (ECF No. 1).  On September 9, 2020, the parties consented to the jurisdiction of a United States Magistrate Judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  (ECF No. 10).  Before the Court is Plaintiff's Motion for Subpoena.  (ECF No. 11).  Defendants have not responded, and the Court has determined no response is necessary to rule on the motion.

In his motion Plaintiff asks the Court to subpoena "from Health Care Express…the results of the cat scan to show proof of my infection/Health records."  (ECF No. 11, p. 1).  The Court first notes Plaintiff is asking for his own medical records.  Prior to issuing a subpoena for the cat scan, Plaintiff should first attempt to obtain the records on his own.  In addition, Plaintiff's request is premature as an Initial Scheduling Order has not been entered in the case directing Defendants to produce Plaintiff's medical records in their possession and it does not appear Plaintiff has even attempted to request a copy of the cat scan from the Defendants.

In the event Plaintiff is unable to obtain the medical records either from Health Care Express or the Defendants, the Court will consider issuing a subpoena if Plaintiff can demonstrate

the records are relevant to the claims in Complaint and Plaintiff provides the Court with the address of Health Care Express.

Accordingly, Plaintiff's Motion for Subpoena (ECF No. 11) is **DENIED.**

**IT IS SO ORDERED THIS 16th day of September 2020.**

/s/ *Barry A. Bryant*

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE