IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD EUGENE LEATHERWOOD                                                          PLAINTIFF

v.                                    Civil No. 4:20-cv-04061

NURSE STEPHEN KING; NURSE LONI
REDFERN; and NURSE CHELSEA                                                          DEFENDANTS

## ORDER

Plaintiff Richard Eugene Leatherwood filed this 42 U.S.C. § 1983 on August 5, 2020. (ECF No. 1).  Before the Court is Plaintiff's Motion for Subpoena of his medical records from the Defendants.  (ECF No. 14).  Defendants have not responded, and the Court has determined no response is necessary to rule on the motion.

In his motion Plaintiff states, "I'm asking for my health records or any health documents that the Miller County Detention Center Nurse has."  (ECF No. 14).  Plaintiff's request is premature as an Initial Scheduling Order has not been entered in the case directing Defendants to produce Plaintiff's medical records in their possession and it does not appear Plaintiff has even attempted to request a copy of those records from counsel for the Defendants.

Accordingly, Plaintiff's Motion for Subpoena (ECF No. 14) is **DENIED.**

**IT IS SO ORDERED THIS 16th day of September 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE