IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD EUGENE LEATHERWOOD                                                    PLAINTIFF

v.                                       Civil No. 4:20-cv-04061

NURSE STEPHEN KING; NURSE LONI
REDFERN; and NURSE CHELSEA                                                   DEFANDANTS

**ORDER**

Plaintiff Richard Eugene Leatherwood filed this 42 U.S.C. § 1983 on August 5, 2020. (ECF No. 1). On September 9, 2020, the parties consented to the jurisdiction of a United States Magistrate Judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. (ECF No. 10). Before the Court is Plaintiff's Motion to Compel. (ECF No. 48). Defendants have not responded, and the Court finds no response is necessary to rule on the motion.

Plaintiff filed the instant motion on January 15, 2021 seeking video footage from August 1 - 4, 2020 and July 29, 2020, while he was in "medical observation" at the Miller County Detention Center ("MCDC"). Plaintiff states he is seeking the footage "to show proof that I was denied medical help and medication on the AM pill pass." (ECF No. 48).

First, Plaintiff's motion must be denied because he has not indicated that he previously conferred with Defendants in a good faith effort to obtain the requested information before seeking Court intervention. Fed. R. Civ. P. 37(a)(3)(B) and Local Rule 7.2(g). In addition, the Court previously denied three requests filed by Plaintiff on December 3 and 17, 2020, and January 4, 2021 (ECF Nos. 29, 31, 38), for subpoenas of video footage of him under "medical observation" noting Defendants represented to the Court in their Initial Disclosures (ECF No. 22) that they were not in possession of any video footage relating to the facts set forth in Plaintiff's Complaint, the

1

video requested no longer exists, and each of Plaintiff's motions appeared to be requesting video of him not receiving medication unrelated to the medication he references in his Complaint. (ECF Nos. 28, 46).

It is clear the video footage Plaintiff seeks in the instant motion is no longer available. (ECF No. 45). In addition, Plaintiff has not demonstrated the footage relates to the allegations in his Complaint. Accordingly, Plaintiff's Motion to Compel (ECF No. 48) is **DENIED.**

**Plaintiff is warned if he continues to file frivolous motions the Court will require him to obtain permission of the Court before filing any additional pleadings.**

**IT IS SO ORDERED THIS 27th day of January 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE