IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD EUGENE LEATHERWOOD                                              PLAINTIFF

v.                                          Civil No. 4:20-cv-04061

NURSE STEPHEN KING; NURSE LONI
REDFERN; AND NURSE CHELSEA                                              DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 40) is hereby **GRANTED**. Plaintiff's claims against Defendants King, Redfearn and Foster are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 2nd day of March 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE